IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RITA MILES                                                                                PLAINTIFF

v.                                          CASE NO. 06-5162

WAL-MART STORES, INC.                                      DEFENDANT

ORDER

Before the Court is Defendant's Motion to Confirm Tolling of Time to File Objections Under Federal Rule of Civil Procedure 72 and Local Rule 72.1 (Doc. 39). Plaintiff filed a Motion for Protective Order from depositions of Defendant's President and Chief Executive Officer H. Lee Scott and Executive Vice President and Corporate Secretary Thomas Hyde on June 29, 2007. This Court referred that motion to the Honorable James R. Marschewski, Magistrate Judge for the Western District of Arkansas. Judge Marschewski denied the Motion in an Order dated July 17, 2007. On July 30, 2007, Defendant filed a Motion for Reconsideration of the Magistrate Judge's Order. Accordingly, Defendant seeks to toll the ten (10) day limitation for filing objections regarding a magistrate's decision pursuant to Federal Rule of Civil Procedure 72(a) until after the Magistrate Judge has ruled on its Motion for Reconsideration.

Upon due consideration and for good cause shown, Defendant's Motion is GRANTED. The parties shall have ten (10) days from the date of the Magistrate Judge's ruling on the Motion for Reconsideration to file objections with the District Court.

IT IS SO ORDERED.

Dated: July 31, 2007                                  /s/ Robert T. Dawson
                                                                 Robert T. Dawson
                                                                 United States District Judge