IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RITA MILES                                                    PLAINTIFF

      v.                    Civil No. 06-5162

WAL-MART STORES, INC.                                         DEFENDANT

### ORDER

NOW on this 14th day of August, 2007, comes on for consideration the third motion to amend scheduling order (Pleading #48) filed August 10, 2007.  Counsel for defendant does not object.

IT IS ORDERED that the motion is well taken and should be granted.  Therefore, this matter is removed from the October 22, 2007, trial docket and is reset for a jury trial during the week beginning **MARCH 10, 2008 AT 9:00AM IN FORT SMITH, ARKANSAS**.

Further, the new discovery deadline is NOVEMBER 26, 2007 and the dispositive motion deadline is FEBRUARY 8, 2008 and all other final scheduling order deadlines shall be adjusted in accordance with the new trial date.

                                                       /s/ Robert T. Dawson
                                                       ROBERT T. DAWSON
                                                       UNITED STATES DISTRICT JUDGE