IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RITA MILES                                                                           PLAINTIFF

v.                            CIVIL NO. 06-5162

WAL-MART STORES, INC.                                    DEFENDANT

## **O R D E R**

On June 25, 2007, defendant was ordered to supply to plaintiff affidavits that sufficiently detail the privilege claimed on each of the documents listed on the privilege log within ten days. (Doc. # 27, p.3). If the parties were unable to agree that a document was privileged, the documents in question were to be tendered to the court for an *in camera* review to determine if a privilege existed. Defendant contends that the documents listed on the privilege log that were not shared with plaintiff were protected from disclosure on the basis of attorney/client privilege and/or the work-product doctrine.

The documents were tendered to the court for an *in camera* review and this Order incorporates the findings detailed in the memorandum opinion filed this same date. Accordingly, the documents found in Tab's 11, 13, 22, 23, 24, 25, 26, 27, 36, 38, 39 and 40, should be produced to plaintiff in full. The documents found in Tab's 14, 15 and 28, should be produced to plaintiff as instructed in the memorandum opinion. The remaining documents are found to be privileged and are protected from disclosure. Defendant is directed to produce the documents

listed above, and detailed in the memorandum opinion, to plaintiff within thirty days.

      IT IS SO ORDERED AND ADJUDGED this 16th day of August 2007.

                    /s/ *J. Marschewski*
                    HON. JAMES R. MARSCHEWSKI
                    UNITED STATES MAGISTRATE JUDGE