IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RITA MILES                                                                                          PLAINTIFF

V.                                              NO.  06-5162

WAL-MART STORES, INC.                                                                DEFENDANT

O R D E R

Before the court is the Plaintiff's Second Motion to Compel Discovery from Wal-Mart; Motion for Leave to Take the Deposition of H. Lee Scott and Tom Hyde; For Leave to Take More Than Ten Depositions; and Request for Court Assistance in Scheduling Depositions (Doc. 57) filed October 27, 2007.  The Defendant filed its Response (Doc. 66) on November 2, 2007.  A hearing was conducted on November 5, 2007.  Alto Watson and James Lingle appearing for the Plaintiff and Woody Bassett and Vince Chadick appearing for the Defendant.

Background:

The plaintiff claims damages against the defendant for violation of the Sarbanes-Oxley Act. The issue concerned whether documents, once scanned into a data base, were to be preserved because of government subpoenas.  The plaintiff contends that she, or members of her team, was given instructions to shred sensitive documents and she objected.  Plaintiff subsequently notified the United States Attorney's office of her concern and she contends that she suffered retaliation as a result.

The Plaintiff has conducted some discovery by taking the deposition of six witnesses including the Plaintiff.  The Plaintiff now seeks to expand the limit allowed by rule to take the depositions of 26 witnesses.  The court scheduled a hearing and as a result of pre-hearing discussions the Plaintiff indicated that there were ten additional witness that were essential to

developing her case. Those witnesses are Jeffery Sheppard, Stephanie Boaz, Garth Gneiting, Bob Crum, Dwain Jobe, Rick Jones, Jack Williams, Brad Morris, Sue Oliver and Lee Scott.

Discussion:

It is well-established that the scope and conduct of discovery are within the sound discretion of the trial court. *Marroquin-Manriques v. Immigration and Naturalization Serv.*, 699 F.2d 129, 134 (3d Cir.1983). The Federal Rules of Civil Procedure permit discovery of "any matter, not privileged, that is relevant to the claim or defense of any party." Fed.R.Civ.P. 26(b)(1). Discovery is not limited solely to admissible evidence but encompasses matters which "appear[ ] reasonably calculated to lead to the discovery of admissible evidence." See id; *Oppenheimer Fund, Inc. v. Sanders*, 437 U.S. 340, 98 S.Ct. 2380, 57 L.Ed.2d 253 (1978). "Relevance is construed broadly and determined in relation to the facts and circumstances of each case." *Hall v. Harleysville Ins. Co.*, 164 F.R.D. 406, 407 (E.D.Pa.1996).

One of the contentions of the Plaintiff is that her coat was destroyed shortly after she reported the shredding operation to the FBI. Video surveillance of the area where the Plaintiff kept her coat has either been lost or destroyed. The Defendant has now provided the name of the individual that conducted the investigation into the destruction of the coat and the Plaintiff was able to remove a number of individuals from his requested deposition list and add the name of the individual that conducted the investigation.

The court believes that the Plaintiff should be allowed to take an additional six depositions and that those depositions will allow the Plaintiff to adequately develop her case without being an undue burden on the Defendant. The Defendant voluntarily agreed to produce Jeffery Sheppard, Stephanie Boaz, Garth Gneiting, Bob Crum, Dwain Jobe, Rick Jones, Jack Williams, Brad Morris.

Conclusion:

The Motion to Compel is **MOOT**,

The Motion to take the Deposition of H. Lee Scott is **GRANTED**, the court having previously ruled on the relevance of Mr. Scott's testimony and the application of the apex doctrine. (Doc. 33, Doc. 47)

The Motion to take the Deposition of Tom Hyde is **DENIED** since Mr. Hyde is not one of the ten witnesses that Plaintiff has stated she intends to depose.

The Motion to take more than ten depositions is **GRANTED** and the Plaintiff shall be allowed to take a total of sixteen depositions. The remaining individuals that the court will allow to be deposed are as follows: **Jeffery Sheppard, Stephanie Boaz, Garth Gneiting, Bob Crum, Dwain Jobe, Rick Jones, Jack Williams, Brad Morris, Sue Oliver and Lee Scott.**

The Defendant is hereby ordered to co-operate with the Plaintiff to allow the timely deposition of the above witnesses.

IT IS SO ORDERED this November 8, 2007.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES DISTRICT JUDGE