IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**RITA MILES**
    **Plaintiff**

vs.                                                     **CASE NO.**
    **06-5162**

**WAL-MART STORES, INC.**
    **Defendant**

## STIPULATED ORDER

WHEREAS, the defendant filed on November 20, 2007 its Motion for Summary Judgment, which has not yet been responded to by plaintiff nor ruled upon by the Court;

WHEREAS, the parties have filed various other motions which have not yet been ruled upon by the Court, including the defendant's Objections to Magistrate Order, the plaintiff's Motion for Extension of Time to Motion for Summary Judgment, and the plaintiff's Motion to Strike Objections to Magistrate Order;

WHEREAS, the deadline for discovery in this matter is scheduled to expire January 11, 2008 and at least nine depositions are planned to occur prior to the conclusion of discovery (including at least five depositions scheduled between December 10 and 14, 2007);

WHEREAS, the parties agree that the interests of judicial economy and convenience to all parties will be best served by staying all proceedings, other than briefing on the defendant's Motion for Summary, until after the Court has ruled upon the Motion for Summary Judgment;

IT IS on this 3rd day of December, 2007, hereby ORDERED that:

1. The plaintiff shall have until December 21, 2007 to file her response to the defendant's Motion for Summary Judgment (Doc. 79).

2. The defendant shall have until January 3, 2008 to file its reply to the plaintiff's response to the Motion for Summary Judgment.

3. The parties reserve the right to separately move this Court to set an oral argument on the Motion for Summary Judgment.

4. All other matters, including the filing of a response to any pending motion (including Doc's. 82, 84, and 85), the taking of depositions, ruling upon current pending motions, and the exchange of written discovery, **is hereby stayed** until the Court has ruled upon the pending Motion for Summary Judgment.

5. If the Motion for Summary Judgment does not result in complete disposition of this action, the stay will immediately be lifted as of the date the Court enters its ruling on the Motion for Summary Judgment; the revised discovery deadline will be 40 days from the date the Court enters that ruling. The response time for all outstanding motions, objections, responses to written discovery, and all other deadlines related to this litigation shall be tolled from today's date until the Court enters its ruling on the Motion for Summary Judgment. If necessary, a revised trial date will be set by the Court at the time the Court enters its ruling on Summary Judgment.

Dated: December 4, 2007

Honorable Robert T. Dawson
United States District Judge

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 0 4 2007

CHRIS R. JOHNSON, CLERK

BY
        DEPUTY CLERK

APPROVED AS TO FORM AND CONTENT:

/s/ Alto V. Watson, III
Alto V. Watson, III
Law Offices of Gilbert T. Adams, P.C.
1855 Calder Avenue
Beaumont, TX 77701

James G. Lingle
Lingle Law Firm
110 S. Dixieland Road
Rogers, Arkansas 72758

Steve Kardell
Clouse Dunn Hirsch, LLP
5200 Renaissance Tower
1201 Elm Street
Dallas, TX 75201

*Attorneys for Plaintiff*


/s/ Vince Chadick
WOODY BASSETT (AB# 77006)
VINCE CHADICK (AB# 94075)
JAMES GRAVES (AB# 95172)
BASSETT LAW FIRM LLP
P.O. Box 3618
Fayetteville, AR 72702
(479) 521-9996 (phone)
(479) 521-9600 (facsimile)

EUGENE SCALIA
DANIEL A. CANTU
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 955-8500 (phone)
(202) 467-0539 (facsimile)

*Attorneys for Defendant*